IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.                    **CASE NO. 4:21-CR-00062-BSM**

**FREDRICK LEON BILLUPS, JR.**                                 **DEFENDANT**
*Reg. # 49387-509*

## ORDER

       Frederick Leon Billups Jr.'s pro se motion for reconsideration or to reopen his case [Doc. No. 79] is denied. Billups argues that his three prior state convictions "count as only one conviction for ACC[A] purposes." because they "were consolidated and disposed of ... on the same day." *Id.* ¶ 2. While this argument is well-taken, his motion is denied because "it is the criminal episodes underlying the convictions . . . that must be distinct to trigger the provisions of the Armed Career Criminal Act, not the date of the convictions or the number of trials or pleas resulting from those convictions." *United States v. Willoughby*, 653 F.3d 738, 741 (8th Cir. 2011) (quoting *United States v. Ross*, 569 F.3d 821, 823 (8th Cir. 2009)).

       IT IS SO ORDERED this 27th day of August, 2025.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE